IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM A. BRIGHT and
JEAN M. VERSCHAY,

      Plaintiffs,

v.

KOHN LAW FIRM, S.C.,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-270-wmc

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kohn Law Firm, S.C., granting its motion for summary judgment and dismissing this case.


_____      _____
     Peter Oppeneer, Clerk of Court             9/28/11   Date